**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| PLECTRUM LLC,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI TECHNOLOGIES USA, INC.<br><br>Defendant. | CIVIL ACTION NO. 4:17-CV-83 ALM<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Plectrum LLC ("Plaintiff") and Defendant Huawei Technologies USA, Inc. ("HTUS") announced to the Court that they have resolved Plaintiff's claims for relief against HTUS asserted in this case, and HTUS's claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case.

Plaintiff and HTUS have therefore requested that the Court dismiss Plaintiff's claims for relief against HTUS with prejudice and HTUS's claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against HTUS are dismissed with prejudice and HTUS's claims, defenses and/or counterclaims for relief against Plaintiff are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 24th day of June, 2017.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE